HUGH KELLY REAL ESTATE COMPANY, d/b/a Kelly Real Estate, Inc., Respondent,

v.

David H. CHURCHILL and Martha D. Churchill, Appellants.

No. WD 37778.

Missouri Court of Appeals, Western District.

Dec. 23, 1986.

Karl L. Madden, Jr., Moberly, for appellants.

James J. Wheeler, Keytesville, for respondent.

Before GAITAN, P.J., and TURNAGE and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from judgment for plaintiff in the amount of $16,000, in an action by plaintiff real estate company to collect a broker's commission for services performed under a real estate listing agreement.

Judgment affirmed. Rule 84.16(b).